# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| PATRICIA TAYLOR ) | |
| ) | |
| ) | Case No. 3:11-0175 |
| v. ) | JUDGE SHARP |
| ) | |
| SHRI GANESHA ) | |
| ) | |

## **O R D E R**

Pursuant to the Joint Stipulation of Dismissal With Prejudice (Docket Entry No.16) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE